254

**Joseph P. PNIEWSKI, Plaintiff—
Appellant,**

v.

**Marjorie MARTORELLA, individually
and in her official capacity as special
prosecutor of Wayne County; Wayne
County Commission; West Virginia
Prosecuting Attorneys, a state agency,
Defendants—Appellees.**

No. 08–2112.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: April 29, 2009.

Joseph P. Pniewski, Appellant Pro Se.
Cheryl Lynne Connelly, Campbell Woods,
PLLC, Huntington, West Virginia; Steven
Kenneth Nord, Offutt Nord, Huntington,
West Virginia, for Appellees.

Before MICHAEL, GREGORY, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Joseph P. Pniewski appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2000) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Pniewski v. Martorella,* No.
3:04–cv–00354, 2008 WL 4057523
(S.D.W.Va. Aug. 25, 2008). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*